

Matthew Faranda-Diedrich
Partner
Tel. 267-546-0275
Email: mfd@rccblaw.com

November 4, 2024

*The Court is in receipt of Plaintiffs' November 4, 2024 letter requesting adjournment of the November 7 initial pre-trial conference ("IPTC"). The IPTC is hereby RESCHEDULED to **November 22, 2024 at 4:00 PM**. The parties are also reminded to provide three alternative dates when requesting an adjournment as required by 2(e) of the Court's Individual Rules and Practices. The Clerk of Court is directed to terminated ECF No. 24.*

*Dated: November 6 2024*
*New York, New York*

**Via ECF**
Hon. Jessica G. L. Clarke
United States District Court
Southern District of New York
500 Pearl Street, Room 1040
New York, NY 10007

RE:   **Labyrinth, Inc., et al. v. Canadian Imperial Bank of Commerce**
      **United States District Court for the Southern District of New York**
      **No. 1:24-cv-05898-JGLC**

Dear Judge Clarke,

    This office represents Plaintiffs, Harbor Business Compliance Corporation ("Harbor Compliance") and Labyrinth, Inc. ("Labyrinth") (collectively, "Plaintiffs") in the above-referenced matter. In accordance with the Court's Individual Rules and Practices and with consent of counsel for Defendant, Canadian Imperial Bank of Commerce ("Defendant"), I write today to respectfully request an adjournment of the Pretrial Conference scheduled on November 7, 2024 at 3:00 pm (the "Conference") due to an unforeseen travel conflict on my part. I conferred with counsel for Defendant and we are both available in the afternoon on Tuesday, November 12, 2024 to reschedule the Conference. There have not been any previous requests for a continuance of the Conference and there are not any other upcoming appearances before the Court scheduled at this time.

    We thank Your Honor for the consideration in this request.

SO ORDERED.
*/s/ Jessica Clarke*
JESSICA G. L. CLARKE
United States District Judge

Respectfully submitted,

**Royer Cooper Cohen Braunfeld LLC**

*/s/ Matthew Faranda-Diedrich*

Matthew Faranda-Diedrich, Esquire

cc: all counsel of record via ECF

ROYER COOPER COHEN BRAUNFELD LLC
Two Logan Square • 100 North 18th Street • Suite 710 • Philadelphia, PA 19103
Phone: 215-839-1000 • Fax: 484.362.2630
www.rccblaw.com