UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LABYRINTH, INC., et al,

                Plaintiffs,

-against-

CANADIAN IMPERIAL BANK OF COMMERCE,

                Defendant.

24-CV-5898 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

    Plaintiffs filed a motion to transfer this case to the Eastern District of Pennsylvania on November 21, 2024. ECF No. 28. Defendant filed an opposition on December 5, 2024. ECF No. 32. It appears from both parties' submissions that they agree the action should be in Pennsylvania. *See* ECF Nos. 29, 32. They appear to disagree, however, on the proper procedural mechanism by which to transfer this case. To preserve the Court's resources, the parties are hereby directed to confer and attempt to reach a mutually agreeable resolution of this issue. The parties shall file a status letter regarding their conferral efforts by **December 16, 2024**.

    If the parties remain unable to reach an agreement, the Court will schedule an in-person conference to discuss the transfer motion, and the status letter shall include at least three available dates for the conference. The Court *sua sponte* adjourns *sine die* Plaintiff's deadline to file a reply in support of its motion. To the extent a reply becomes necessary, the Court will reset this deadline.

Dated: December 10, 2024
       New York, New York

                                            SO ORDERED.

                                            *Jessica Clarke*

                                            JESSICA G. L. CLARKE
                                            United States District Judge